## Frank H. Morgan, Appellee, v. Arthur G. Vierling, Appellant.

### Gen. No. 23,785.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WELLS M. COOK, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed May 15, 1918.

### Statement of the Case.

This case involves the same facts and principles as are contained in *Morgan v. Vierling, ante,* p. 317, and the decision therein controls.

ROBERT F. KOLB, for appellant; FRANK INGRAFFIA, of counsel.

ADAMS, CREWS, BOBB & WESCOTT, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.